**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| RODERICK S. REUTER, | |
| Plaintiff, | Case No. 5:19-cv-01044-FB |
| v. | Honorable Judge Fred Biery |
| EQUIFAX INFORMATION SERVICES, LLC, CIITIFINANCIAL SERVICING, LLC, GENERAL MOTORS FINANCIAL COMPANY, INC. and CASHCALL, INC., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, RODERICK S. REUTER ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal without Prejudice, states as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against the Defendant, CASHCALL, INC., only, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 24, 2019

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 24, 2019, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

_Nathan C. Volheim_
Nathan C. Volheim