UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODERICK S. REUTER, | § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. |
| EQUIFAX INFORMATION SERVICES LLC; CITIFINANCIAL SERVICING, LLC; and GENERAL MOTORS FINANCIAL COMPANY, INC., | § § § § § | 5:19-cv-01044-FB-HJB |
| Defendants. | § § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>UNOPPOSED MOTION FOR EXTENSION</u>**

Defendant Equifax Information Services LLC ("Equifax") hereby moves the Court for an extension of time to respond to Plaintiff's Complaint and respectfully shows the Court as follows:

1. Plaintiff's Complaint was filed on August 28, 2019.

2. Equifax was served with the Complaint on September 13, 2019.

3. Equifax's responsive pleading is currently due October 4, 2019

4. Equifax is in the process of gathering information necessary to respond to the factual allegations in the Complaint.

5. Equifax's counsel has conferred with Plaintiff's counsel and he does not oppose this request.

6. This is Equifax's first request for an extension of time. The requested extension will not prejudice the parties.

For the above reasons, Equifax requests that the Court issue an order extending the time within which it must answer or otherwise respond to Plaintiff's Complaint through and including October 25, 2019.

Dated: October 3, 2019

Respectfully submitted,

**CLARK HILL STRASBURGER**
2301 Broadway St.
San Antonio, Texas  78215-1157
(210) 250-6000
(210) 250-6100 (Fax)

By:  /s/ Forrest M. Seger III
**FORREST M. SEGER III**
Texas Bar No. 24070587
teo.seger@clarkhillstrasburger.com

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, I electronically filed the foregoing *Defendant Equifax Information Services LLC's Unopposed Motion for Extension* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Taxiarchis Hatzidimitriadis           thatz@sulaimanlaw.com
Nathan C. Volheim                     nvolheim@sulaimanlaw.com
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois  60148
*Attorney for Plaintiff*

C. Charles Townsend                   charles.townsend@akerman.com
Matthew W. Lindsey                    matthew.lindsey@akerman.com
2001 Ross Avenue, Suite 3600
Dallas, Texas  75201
*Attorneys for Defendant, Citifinancial Servicing, LLC*

 /s/ Forrest M. Seger III
FORREST M. SEGER III