UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODERICK S. REUTER, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § SA-19-CA-1044-FB |
| | § |
| EQUIFAX INFORMATION SERVICES, | § |
| LLC; CITIFINANCIAL SERVICING LLC; | § |
| and GENERAL MOTORS FINANCIAL | § |
| COMPANY, INC., | § |
| | § |
| Defendants. | § |

## ORDER RETURNING CASE TO DISTRICT COURT

In light of the Plaintiff's Notice of Settlement (Docket Entry 26), it is hereby **ORDERED** that any deadlines set by this court are **MOOT**, the Initial Pretrial Conference on December 3, 2019, is **CANCELLED**, and the above-entitled and numbered cause is **RETURNED** to the District Court.

**SIGNED** on November 22, 2019.

_____
Henry J. Bemporad
United States Magistrate Judge