UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODERICK S. REUTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CA-1044-FB (HJB) |
| EQUIFAX INFORMATION SERVICES, LLC; CITIFINANCIAL SERVICING, LLC; and GENERAL MOTORS FINANCIAL COMPANY, INC., | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Appear by Telephone at Initial Pretrial Conference. (Docket Entry 34). The Court finds that Plaintiff's motion (Docket Entry 34) is hereby **GRANTED** and counsel may appear telephonically at the Initial Pretrial Conference presently scheduled for **December 18, 2019.**[1]

At the designated start time of the conference (**2:30 P.M. Central Time**), counsel is directed to dial: **888-363-4734**, and when prompted to do so, enter **Access Code 1223006** (and press #).

It is so **ORDERED**.

**SIGNED** on December 16, 2019.

Henry J. Bemporad
United States Magistrate Judge

---

[1] If applicable, Plaintiff's leave to appear telephonically will automatically be extended to any new date if this conference is rescheduled.